COURSEY *v.* THE STATE.

CANDLER, J.   No attack was made upon the legal sufficiency of the accusation, nor upon the accuracy or correctness of the charge of the court.   The motion for a new trial was based only on the general grounds that the verdict was contrary to law and the evidence.   There was sufficient evidence to sustain the charge contained in the accusation.   The trial judge approved the verdict finding the accused guilty, and this court will not set it aside.

*Judgment affirmed.     All the Justices concur.*

Submitted April 23, — Decided May 10, 1904.

Accusation of malicious mischief.   Before Judge Faircloth. City court of Wrightsville.   February 24, 1904.

*J. L. Kent,* for plaintiff in error.

*B. B. Blount, solicitor,* contra.